

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 5 2007

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2007

**SO ORDERED**

*[signature]* George B Daniels
GEORGE B. DANIELS
JUN 2 5 2007

By Facsimile

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Counsel on Attached List

      Re:   United States v. David Wilkins, et al.,
              07 Cr. 566 (GBD)

Dear Judge Daniels and Counsel:

      The Indictment in the above-referenced case was returned by the Grand Jury and assigned to Your Honor yesterday. The Court has scheduled an arraignment for Horace Hedgepeth for Wednesday, June 27, 2007, at 10:00 a.m. I have left messages with all other counsel in an effort to schedule their arraignments at the same time, and will advise the Court in advance of next Wednesday as to which defendants will be appearing for arraignment in addition to Hedgepeth.

      The Government requests an exclusion of time under the Speedy Trial Act, from today until June 27, 2007, so that the defense and the Government can work towards a disposition in this case. In addition, the Government will begin producing discovery. I have spoken to counsel for Hedgepeth concerning this request, and he does not object. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*

Jillian Berman/Joseph Facciponto
Assistant United States Attorneys
(212) 637-2197/2522

cc:   All Counsel on Attached List