```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :
                                 :       WAIVER OF INDICTMENT
HORACE HEDGEPETH,                :
                                 :       08 Cr.
         Defendant.              :
                                 :       S(1)07CR566 (GBD)
- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846 and Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
HORACE HEDGEPETH

_____
Edgardo Ramos, Esq.
Attorney for Horace Hedgepeth

Witness: _____

Date:   New York, New York
        April 22, 2008

ELECTRONICALLY FILED
APR 22 2008