UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

                                             Order

HORACE HEDGEPETH                    07 Crim. 566 (GBD)

                 Defendant.
------------------------------------- x

Defendant Horace Hedgepeth, proceeding *pro se*, requests this Court to make a determination regarding the restitution ordered in this case at sentencing. (*See* Ltr. dated September 09, 2025, ECF No. 249.) The Government is hereby ordered to respond to this motion by October 15, 2025.

Dated: September 22, 2025
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge